**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

TASHA CHRISTINE DAHL

Case No: 17–43760 – KHS

Debtor(s)

Chapter 7 Case

# NOTICE TO CREDITORS: DISCHARGE REVOKED

TO: All creditors and other parties in interest:

The discharge of the above−named debtor(s) entered on 03/21/2018 has been revoked by order or judgment entered and filed on 2/6/2019 .

Dated: 2/6/19

Lori Vosejpka
Clerk, United States Bankruptcy Court

By: heidi
Deputy Clerk

**mnbntrev** 03/03/2005 – kb